**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

RURAL COMMUNITY WORKERS ALLIANCE
and JANE DOE,

                Plaintiffs,

    vs.

SMITHFIELD FOODS, INC. and SMITHFIELD
FRESH MEATS CORP.,

                Defendants.

Case No. 5:20-cv-06063-DGK

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STAY,
BASED ON PRIMARY JURISDICTION AND/OR *BURFORD* ABSTENTION**

Come now Defendants, Smithfield Foods, Inc. and Smithfield Fresh Meats Corp., by and

through counsel, and move this Court to dismiss Plaintiffs' Complaint, or in the alternative stay

this proceeding, for the reasons set forth in Defendants' Suggestions in Support.

**SMITHFIELD FOODS, INC. and
SMITHFIELD FRESH MEATS CORP.**


By:  */s/ Jean Paul Bradshaw II*
    Jean Paul Bradshaw II (#31800)
    Mara Cohara (#51051)
    **Lathrop GPM LLP**
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108
    Telephone:  (816) 460-5507
    Facsimile:  (816) 292-2001
    jeanpaul.bradshaw@lathropgpm.com
    mara.cohara@lathropgpm.com

    Alexandra B. Cunningham *(admitted PHV)*
    **Hunton Andrews Kurth LLP**
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074
    Telephone:  (804) 787-8087
    Facsimile:  (804) 788-8218

-1-

acunningham@HuntonAK.com

Susan F. Wiltsie *(admitted PHV)*
**Hunton Andrews Kurth LLP**
2200 Pennsylvania Avenue, NW
Washington, District of Columbia 20037
Telephone:  (202) 955-1500
Facsimile: (202) 778-2201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to the following counsel of record:

Gina Chiala (#59112)
**Heartland Center for Jobs and Freedom, Inc.**
4047 Central Street
Kansas City, MO 64111
Telephone: (816) 278-1092
Facsimile: (816) 278-5785
ginachiala@jobsandfreedom.org

David S. Muraskin *(admitted pro hac vice)*
Karla Gilbride *(admitted pro hac vice)*
Stevie K. Glaberson *(admitted pro hac vice)*
**Public Justice**
1620 L. Street, NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
dmuraskin@publicjustice.net
kgilbride@publicjustice.net
sglaberson@publicjustice.net

I hereby certify that I will send copies of the foregoing via electronic mail to Plaintiffs' counsel who have pending motions to appear *pro hac vice*:

David Seligman *(pro hac vice pending)*
Juno Turner
**Towards Justice**
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org
juno@towardsjustice.org

***Counsel for Plaintiffs***


/s/ Jean Paul Bradshaw II
An Attorney for Defendants