IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RURAL COMMUNITY WORKERS ALLIANCE and JANE DOE,<br><br>                Plaintiffs,<br><br>vs.<br><br>SMITHFIELD FOODS, INC. and SMITHFIELD FRESH MEATS CORP.,<br><br>                Defendants. | Case No. 5:20-cv-06063-DGK |

## CERTIFICATE OF CORPORATE INTERESTS

Pursuant to Local Rule 7.1, Defendants Smithfield Foods, Inc. and Smithfield Fresh Meats Corp. certify as follows with regard to their publicly-owned parents, subsidiaries, and affiliates:

Smithfield Foods, Inc. is an indirect wholly-owned subsidiary of WH Group Limited, which trades on the Hong Kong Stock Exchange under the stock code 00288.

Smithfield Fresh Meats Corp. is an indirect wholly-owned subsidiary of Smithfield Foods, Inc.

              **SMITHFIELD FOODS, INC. and**
              **SMITHFIELD FRESH MEATS CORP.**

              By: */s/ Jean Paul Bradshaw II*
                  Jean Paul Bradshaw II (#31800)
                  Mara Cohara (#51051)
                  **Lathrop GPM LLP**
                  2345 Grand Boulevard, Suite 2200
                  Kansas City, Missouri 64108
                  Telephone: (816) 460-5507
                  Facsimile: (816) 292-2001
                  jeanpaul.bradshaw@lathropgpm.com
                  mara.cohara@lathropgpm.com

Alexandra B. Cunningham *(admitted PHV)*
**Hunton Andrews Kurth LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 787-8087
Facsimile: (804) 788-8218
acunningham@HuntonAK.com

Susan F. Wiltsie *(admitted PHV)*
**Hunton Andrews Kurth LLP**
2200 Pennsylvania Avenue, NW
Washington, District of Columbia 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to the following counsel of record:

Gina Chiala (#59112)
**Heartland Center for Jobs and Freedom, Inc.**
4047 Central Street
Kansas City, MO 64111
Telephone: (816) 278-1092
Facsimile: (816) 278-5785
ginachiala@jobsandfreedom.org

David S. Muraskin *(admitted PHV)*
Karla Gilbride *(admitted PHV)*
Stevie K. Glaberson *(admitted PHV)*
**Public Justice**
1620 L. Street, NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
dmuraskin@publicjustice.net
kgilbride@publicjustice.net
sglaberson@publicjustice.net

David Seligman *(admitted PHV)*
Juno Turner *(admitted PHV)*
**Towards Justice**
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org
juno@towardsjustice.org

*Counsel for Plaintiffs*

                                              */s/ Jean Paul Bradshaw II*
                                              An Attorney for Defendants