# Exhibit B



**U.S. DEPARTMENT OF LABOR**

**News Release**

# STATEMENT OF ENFORCEMENT POLICY BY SOLICITOR OF LABOR KATE O'SCANNLAIN AND PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR OSHA LOREN SWEATT REGARDING MEAT AND POULTRY PROCESSING FACILITIES

**WASHINGTON, DC –** The U.S. Department of Labor issued the following statement from Solicitor of Labor Kate O'Scannlain and Principal Deputy Assistant Secretary for OSHA Loren Sweatt regarding Meat and Poultry Processing Facilities:

"The Occupational Safety and Health Administration (OSHA) and the Centers for Disease Control and Prevention (CDC) recently issued joint interim guidance for meat and poultry processing workers and employers (Joint Meat Processing Guidance) in light of multiple outbreaks of COVID-19 among meat, pork, and poultry processing facility workers. It is vitally important that employers in this critical industry adhere to the Joint Meat Processing Guidance to protect their workers from the risk of COVID-19 infection. Moreover, the security of America's food supply relies on meat, pork, and poultry processing facilities continuing to operate, which they cannot do without a healthy workforce. In light of President Trump's invocation of the Defense Production Act (DPA) with respect to meat and poultry processing, OSHA and the Solicitor of Labor issue this statement to clarify the effect of the Joint Meat Processing Guidance in this circumstance.

"OSHA has issued enforcement guidance indicating the agency will use enforcement discretion for employers adhering to appropriate guidance, including the Joint Meat Processing Guidance. As stated in the Joint Meat Processing Guidance, employers should conduct worksite assessments to identify COVID-19 risks and prevention strategies and then implement them. It is important that employers seek to adhere to this Guidance. To the extent employers determine that certain measures are not feasible in the context of specific plants and circumstances, they are encouraged to document why that is the case. In the event of an investigation, OSHA will take into account good faith attempts to follow the Joint Meat Processing Guidance. OSHA does not anticipate citing employers that adhere to the Joint Meat Processing Guidance. Additionally, because of the President's invocation of the DPA, no part of the Joint Meat Processing Guidance

should be construed to indicate that state and local authorities may direct a meat and poultry processing facility to close, to remain closed, or to operate in accordance with procedures other than those provided for in this Guidance.

"In addition, courts often consider compliance with OSHA standards and guidance as evidence in an employer's favor in litigation. Where a meat, pork, or poultry processing employer operating pursuant to the President's invocation of the DPA has demonstrated good faith attempts to comply with the Joint Meat Processing Guidance and is sued for alleged workplace exposures, the Department of Labor will consider a request to participate in that litigation in support of the employer's compliance program. Likewise, the Department of Labor will consider similar requests by workers if their employer has not taken steps in good faith to follow the Joint Meat Processing Guidance.

"OSHA encourages employers to contact OSHA for compliance assistance or the OSHA On-Site Consultation Program for assistance in applying the joint guidance to their worksites. Employers also may contact CDC for assistance."

**Agency:** Occupational Safety & Health Administration
**Date:** April 28, 2020
**Release Number:** 20-791-NAT

**Contact:** Department of Labor National Contact Center
**Email:** DOL-Info@dol.gov
Share This

  

### More News Releases

**Previous**
U.S. Department of Labor Issues Statement Commemorating Workers' Memorial Day

**Next Up**
U.S. Department of Labor Issues COVID-19 Relief and Guidance for Employee Benefit Plans

**Contact Us**



## U.S. Department of Labor

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

**FEDERAL GOVERNMENT**  **LABOR DEPARTMENT** 

White House                                     About DOL

Coronavirus Resources                           Guidance Search

Severe Storm and Flood Recovery Assistance      Español

Disaster Recovery Assistance                    Office of Inspector General

DisasterAssistance.gov                          Subscribe to the DOL Newsletter

USA.gov                                         Read the DOL Newsletter

No Fear Act Data
                                                Emergency Accountability Status Link

U.S. Office of Special Counsel                  A to Z Index

**ABOUT THE SITE**

Freedom of Information Act

Disclaimers

Plug-Ins Used on DOL.gov

Accessibility Statement

## Connect With DOL

    

Site Map | Important Website Notices | Privacy & Security Statement