IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RURAL COMMUNITY WORKERS ALLIANCE and JANE DOE,<br>                        Plaintiffs,<br><br>      vs.<br><br>SMITHFIELD FOODS, INC. and SMITHFIELD FRESH MEATS CORP.,<br>                        Defendants. | C. A. No. 5:20-cv-06063-DGK |

**JOINT SUBMISSION REGARDING WITNESS AND EXHIBIT LISTS FOR
PRELIMINARY INJUNCTION HEARING**

Pursuant to this Court's April 29, 2020 Order (Doc. 37), the Defendants and Plaintiffs hereby submit this Joint Submission confirming that the parties have met and conferred and intend to rely on the documents in the records and do not plan to call witnesses at the April 30, 2020, hearing unless the Court requests the parties reach out to a particular individual referenced in the parties' briefing.

The parties respectfully propose the foregoing, and are available to address any further questions the Court may have regarding the Joint Submission.

                                      Respectfully submitted on behalf of and with the
                                      consent of all parties,

                                        **SMITHFIELD FOODS, INC. and
                                        SMITHFIELD FRESH MEATS CORP.**

                                        By: */s/ Jean Paul Bradshaw II*
                                           Jean Paul Bradshaw II (#31800)
                                           Mara Cohara (#51051)
                                           **Lathrop GPM LLP**
                                           2345 Grand Boulevard, Suite 2200
                                           Kansas City, Missouri 64108
                                           Telephone: (816) 460-5507
                                           Facsimile: (816) 292-2001
                                           jeanpaul.bradshaw@lathropgpm.com
                                           mara.cohara@lathropgpm.com

/s/ Alexandra B. Cunningham
Alexandra B. Cunningham *(admitted PHV)*
**Hunton Andrews Kurth LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 787-8087
Facsimile: (804) 788-8218
acunningham@HuntonAK.com

/s/ Susan F. Wiltsie
Susan F. Wiltsie *(admitted PHV)*
**Hunton Andrews Kurth LLP**
2200 Pennsylvania Avenue, NW
Washington, District of Columbia 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Counsel for Defendants*

/s/ Gina Chiala
Gina Chiala (#59112)
**Heartland Center for Jobs and Freedom, Inc.**
4047 Central Street
Kansas City, MO 64111
Telephone: (816) 278-1092
Facsimile: (816) 278-5785
ginachiala@jobsandfreedom.org

/s/ David S. Muraskin
David S. Muraskin *(admitted PHV)*
Karla Gilbride *(admitted PHV)*
Stevie K. Glaberson *(admitted PHV)*
**Public Justice**
620 L. Street, NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
dmuraskin@publicjustice.net
kgilbride@publicjustice.net
sglaberson@publicjustice.net

/s/ David Seligman
David Seligman *(admitted PHV)*
Juno Turner *(admitted PHV)*
**Towards Justice**
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Facsimile: (303) 957-2289
david@towardsjustice.org
juno@towardsjustice.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record.

/s/ Jean Paul Bradshaw II
An Attorney for Defendants