IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RURAL COMMUNITY WORKERS ALLIANCE and JANE DOE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 5:20-CV-06063-DGK ) |
| SMITHFIELD FOODS, INC. and SMITHFIELD FRESH MEATS CORP., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Doc. 28) is GRANTED, and the case is DISMISSED without prejudice.


May 5, 2020                            Paige Wymore-Wynn
Dated                                      Clerk of Court

May 5, 2020                           /s/ Tracy Strodtman
Entered                                     (by) Deputy Clerk